# United States Court of Appeals
## For The District Of Columbia Circuit

_____

**No. 17-1040**     **September Term, 2016**

FERC-154FERC61096
FERC-157FERC61193
FERC-154FERC61097
FERC-157FERC61192
FERC-157FERC61191
FERC-156FERC61030

**Filed On: February 15, 2017** [1661519]

Old Dominion Electric Cooperative,

    Petitioner

  v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Consolidated with 17-1041

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:  /s/
      John J. Accursio
      Deputy Clerk